UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

YANICK BARNAVE,                                          Docket #:

                                    Plaintiff,           **PETITION FOR**
                                                         **REMOVAL**

        -against-

PEGASI TRANSPORTATION INC. and "JOHN DOE", a
fictitious name intended to be the operator of defendant's
motor vehicle,

                                    Defendants.
--------------------------------------------------------------------------X

## TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

1.      On July 2, 2025, a Summons and Complaint was filed in the Supreme Court of the State of New York, County of Queens. The index number is 719186/2025.

2.      The above-described action is a civil action for which the court has jurisdiction under 28 U.S.C. § 1332(a)(1) and is one which may be removed to this court by the petitioner/defendants herein pursuant to the provision of 28 U.S.C. § 1441(a).

3.      Plaintiff alleges in his complaint to be a citizen of the State of New York, County of Queens. A copy of the Summons and Complaint is annexed hereto as **Exhibit A**.

4.      The court's jurisdiction is based upon diversity of citizenship as provided in 28 U.S.C. § 1332(a)(1) in that the plaintiff and defendants are citizens of different states.

5.      PEGASI TRANSPORTATION INC is a company that is incorporated in the State of Illinois. See **Exhibit B**.

6.      PEGASI TRANSPORTATION INC is an Illinois corporation that has its principal place of business located at 5105 Tollview Drive, Suite 197, Rolling Meadows, IL 60008. See **Exhibit B**.

7.      Defendant, PEGASTI TRANSPORTATION INC. is a citizen of the State of Illinois based on the State of incorporation and the principal place of business.

8.      The "JOHN DOE" is identified as driver, ANTONIO JOSE.

9.      Defendant, ANTONIO JOSE is a citizen of the State of Florida, County of Miami-Dade.

10.      Defendant, ANTONIO JOSE resides at 11500 NW60th Terrace, Apt. 376, Doral, Florida 33178.

11.      The amount in controversy exceeds $75,000 in that the plaintiff claims he sustained injuries in the accident for which he is claiming physical and economic damages. The plaintiff is claiming that he underwent various medical procedures as a result of the accident herein. This information was provided to the defendants on September 11, 2025 via the Verified Bill of Particulars.

12.      A demand of $5 million dollars per cause of action was made. *See* **Exhibit C.**

13.      This removal is timely pursuant to 28 U.S.C. §1446 (within one year) and was done as soon as practicable upon receipt of pertinent information proving all the elements for removal were met.

14.      Petitioner/defendants will pay all costs and disbursements incurred by reason of the removal proceedings hereby brought should it be determined that this action is not removable or is improperly removed.

15.     Venue in the Eastern District of New York is proper pursuant to 28 U.S.C. § 112 and 28 § U.S.C. 1391(a).

16.     A trial by jury is hereby demanded pursuant to Fed. Rules of Civ. Pro. 38.

**WHEREFORE**, petitioner prays that the above action now pending against it in the Supreme Court of the United States, County of Queens, be removed therefrom to the United States District Court for the Eastern District of New York in accordance with U.S.C. § 1441(a) and § 1446.

Dated: Mineola, New York
       September 19, 2025

                              By:     *Alexys M. Mantione*
                                      _____
                                      ALEXYS M. MANTIONE, ESQ.
                                      BONGIORNO, MONTIGLIO, MITCHELL &
                                      PALMIERI, PLLC
                                      Attorneys for Defendants
                                      PEGASI TRANSPORTATION INC. and
                                      ANTONIO JOSE
                                      200 Old Country Road, Suite 680
                                      Mineola, New York  11501
                                      (516) 620-4490
                                      Our File No.:  SEDNS 112525 AJB/AMM

TO:     WIESE & AYDINER, PLLC
        Attorneys for Plaintiff
        141 Willis Avenue
        Mineola, New York  11501
        (212) 471-5108